1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Adam S. Paris (SBN 190693)
   parisa@sullcrom.com
3  Diane L. McGimsey (SBN 234953)
   mcgimseyd@sullcrom.com
4  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
5  SULLIVAN & CROMWELL LLP
   1888 Century Park East
6  Los Angeles, California 90067-1725
   Telephone: (310) 712-6600
7  Facsimile: (310) 712-8800

8  *Attorneys for Defendants Alexander Lidow,
   Efficient Power Conversion Corp., Robert
9  Beach, Jianjuan Cao, Alana Nakata,
   and Guangyuan Zhao*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL RECTIFIER, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEX LIDOW, an individual; ROBERT BEACH, an individual; JIANJUAN "JOE" CAO, an individual; ALANA NAKATA, an individual; STEPHEN TSANG, an individual; GUANGYUANG ZHAO, an individual; GNOEM SYSTEMS, INC., a corporation; AIXTRON AG, a corporation; EPISIL TECHNOLOGIES, INC., a corporation; HERMES – EPITEK CORPORATION, a corporation; and EFFICIENT POWER CONVERSION CORPORATION, a corporation,<br><br>Defendants. | Case No. CV-08-5869-R (AJWx)<br><br>Hon. Manuel L. Real<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:     February 2, 2009<br>Time:     10:00 a.m.<br>Location: Courtroom 8 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

This Cause came before the Court on February 2, 2009, upon Defendants Alexander Lidow, Efficient Power Conversion Corporation, Robert Beach, Jianjuan Cao, Alana Nakata, Guangyuan Zhao and Aixtron AG's motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (collectively the "Motions").  The Court heard the arguments of counsel concerning, and reviewed all papers filed in support of and in opposition to, the Motions.  For the reasons stated by the Court on the record, all of which are incorporated herein, the Motions are hereby **GRANTED**.  Counts I and II of the Complaint are hereby dismissed without prejudice pursuant to Fed. R. Civ. P 12(b)(6).  Plaintiff's remaining state law claims, Counts III-XI of the complaint, are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).  Plaintiff shall have 10 days to file an amended complaint.

Date: February 6, 2009   _____
Honorable Manuel L. Real
United States District Judge