| | |
|---|---|
| 1 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | ROMAN M. SILBERFELD, State Bar # 62783 |
| 2 | RMSilberfeld@rkmc.com |
| | BERNICE CONN, State Bar # 161594 |
| 3 | BConn@rkmc.com |
| | MICHAEL A. GEIBELSON, State Bar # 179970 |
| 4 | MAGeibelson@rkmc.com |
| | 2049 Century Park East, Suite 3400 |
| 5 | Los Angeles, CA  90067-3208 |
| | Telephone:   310-552-0130 |
| 6 | Facsimile:    310-229-5800 |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 8 | Including Professional Corporations |
| | ROBERT D. ROSE, Cal. Bar No. 62559 |
| 9 | rrose@sheppardmullin.com |
| | 501 West Broadway, 19th Floor |
| 10 | San Diego, CA  92101-3598 |
| | Telephone: 619-338-6500 |
| 11 | Facsimile: 619-234-3815 |
| 12 | *Additional Counsel Listed on Following Page |
| 13 | Attorneys for INTERNATIONAL RECTIFIER |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL RECTIFIER, a Delaware Corporation, | Case No.  CV08-05869 R AJWx |
| Plaintiff, | **ORDER OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| ALEX LIDOW, an individual; ROBERT BEACH, an individual; JIANJUAN "JOE" CAO, an individual; DAVID TAM, an individual; ALANA NAKATA, an individual; STEPHEN TSANG, an individual; GUANGYUANG ZHAO, an individual; GNOEM, a corporation; AIXTRON AG, a corporation; EPISIL TECHNOLOGIES, INC; a corporation; HERMES–EPITEK, a corporation; and EFFICIENT POWER CONVERSION CORPORATION, a corporation; | **Complaint Filed:  Sept. 8, 2008**<br><br>**Trial Date:  None Set** |
| Defendants. | |

60282974.1

[PROPOSED] ORDER OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

1 | **ADDITIONAL COUNSEL**

2

3 | DAVID F GENESON  FL. Bar No. 173525
dgeneson@sheppardmullin.com
1300 I Street, N.W., 11th Floor East
4 | Washington, D.C.  20005-3314
Telephone:  202-218-0000
5 | Facsimile:  202-218-0020

6 | Attorneys for Plaintiff International Rectifier

7

8 | James H. Turken (SBN 89618)
turkenj@dicksteinshapiro.com
Chanda R. Hinman (SBN 217412)
9 | hinmanc@dicksteinshapiro.com
Dickstein Shapiro
10 | 2049 Century Park East, Suite 700
Los Angeles, CA 90067
11 | Telephone:  310-772-8300
Fax:  310-772-8300
12 | Attorneys for Defendant David Tam

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

60282974.1 — - 2 - — [PROPOSED] ORDER OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

1   TO ALL PARTIES HEREIN:

2   Pursuant to the "Corrected Stipulation For Dismissal Of Complaint Without
3   Prejudice,"

4   IT IS HEREBY ORDERED THAT:

5   1.   The Complaint is dismissed without prejudice with each party to bear
6   its own fees and costs.

8   DATED: March 18, 2009___          By: _____
9                                           Manuel L. Real
10                                          Judge Of The United States District Court